FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAMAN VITHANAGE, an individual; DUNG NGUYEN, an individual;<br><br>    Plaintiffs,<br><br>  vs.<br><br>GK NEVADA, LLC, a Nevada Limited liability company, dba CENTENNIAL TOYOTA,<br><br>    Defendant. | Case No.: 2:24-cv-01552-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant GK NEVADA, LLC, a Nevada Limited Liability Company dba CENTENNIAL TOYOTA ("Defendant") will have an extension of time, up to and including November 4, 2024, to file its answer or otherwise respond to Plaintiff's

///
///
///
///
///
///
///
///
///

1

FP 52668811.1

1 | Complaint. This is the first request for an extension of this deadline.

2 | Dated this 24th day of October 2024.

| GREENBERG GROSS LLP. | FISHER & PHILLIPS LLP |
|---|---|
| By: */s/ Jemma E. Dunn*<br>ALAN A. GREENBERG, ESQ.<br>JEMMA E. DUNN, ESQ.<br>1980 Festival Plaza Drive, Suite 730<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Plaintiffs* | By: */s/ Scott M. Mahoney*<br>SCOTT M. MAHONEY, ESQ.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendant* |

**ORDER**

**IT IS SO ORDERED**

**DATED:** 12:20 pm, October 25, 2024

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

FP 52668811.1