1  FISHER & PHILLIPS LLP
   SCOTT M. MAHONEY, ESQ.
2  Nevada Bar No. 1099
3  300 S. Fourth Street, Suite 1500
   Las Vegas, Nevada 89101
4  Telephone: (702) 252-3131
   E-Mail Address: smahoney@fisherphillips.com
5  Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAMAN VITHANAGE, an individual; DUNG NGUYEN, an individual; <br><br>Plaintiffs, <br><br>vs. <br><br>GK NEVADA, LLC, a Nevada Limited liability company, dba CENTENNIAL TOYOTA, <br><br>Defendant. | Case No.: 2:24-cv-01552-RFB-BNW <br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT (SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant GK NEVADA, LLC, a Nevada Limited Liability Company dba CENTENNIAL TOYOTA ("Defendant") will have an extension of time, up to and including November 12, 2024, to file its answer or otherwise respond to Plaintiff's Complaint. This is the second request for an extension of this deadline. Defendant has

1

FP 52814807.1

1  made a demand for arbitration which Plaintiff is reviewing.

| GREENBERG GROSS LLP. | FISHER & PHILLIPS LLP |
|---|---|
| By: */s/ Jemma E. Dunn*<br>ALAN A. GREENBERG, ESQ.<br>JEMMA E. DUNN, ESQ.<br>1980 Festival Plaza Drive, Suite 730<br>Las Vegas, Nevada 89135<br>Attorneys for Plaintiffs | By: */s/ Scott M. Mahoney*<br>SCOTT M. MAHONEY, ESQ.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant |

**IT IS SO ORDERED**

**DATED:** 4:51 pm, November 05, 2024

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

FP 52814807.1