FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAMAN VITHANAGE, an individual; DUNG NGUYEN, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>GK NEVADA, LLC, a Nevada Limited liability company, dba CENTENNIAL TOYOTA,<br><br>Defendant. | Case No.: 2:24-cv-01552-RFB-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

GREENBERG GROSS LLP.

By: /s/ Jemma E. Dunn
ALAN A. GREENBERG, ESQ.
JEMMA E. DUNN, ESQ.
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Attorneys for Plaintiffs

FISHER & PHILLIPS LLP

By: /s/ Scott M. Mahoney
SCOTT M. MAHONEY, ESQ.
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Attorneys for Defendant

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

Dated: July 9, 2025

FP 55440186.1

1